UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL KIEPERT,

    Plaintiff,

v.                                        Case No: 6:17-cv-1632-Orl-18GJK

THE COUNTY OF VOLUSIA,
JONATHAN KANEY, JR., DOUG
DANIELS, PAT PATTERSON,
PATRICIA NORTHEY and DEBORAH
DENYS,

    Defendants.

---

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to **REASSIGN** this case to another District Judge for all further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this 19 day of September, 2017.

                                                              G. KENDALL SHARP
                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties